[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-12659
Non-Argument Calendar
_____

D.C. Docket No. 1:08-cr-00285-RLV-JFK-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GARY D. WILLIAMS,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(November 27, 2012)

Before CARNES, BARKETT and MARCUS, Circuit Judges.

PER CURIAM:

Derek H. Jones, appointed counsel for Gary D. Williams in this direct

criminal appeal, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Williams's convictions and sentences are **AFFIRMED**.